**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LADARRIOUS D. CLARK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BMW FINANCIAL SERVICES NA, ) <br> LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No.: _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant BMW Financial Services NA, LLC ("BMW Financial"), files this Notice to remove this action from the Magistrate Court of Gwinnett County, Lawrenceville, Georgia to this Court. The grounds for the removal are as follows:

1. <u>State Court Action.</u>  On August 31, 2020, an action was commenced in the Magistrate Court of Gwinnett County, Lawrenceville, Georgia, entitled *LaDarrious D. Clark v. BMW Financial Services NA, LLC*, Case No. 20M18860. A copy of the Complaint & Sheriff's Entry of Service is attached as Exhibit "1". A copy of the Magistrate Court Docket is attached as Exhibit "2".

2. <u>Timeliness.</u>  Defendant was served with the Complaint on September 1, 2020.  Removal is timely under 28 U.S.C. § 1446(b).

3. <u>Subject Matter Jurisdiction.</u>  Plaintiff asserts claims regarding violations of the Fair Credit Reporting Act ("FCRA"), which is governed by 15 U.S.C. § 1681, et seq. Because the Complaint asserts claims arising under federal law, removal is proper under 28 U.S.C. § 1441(a).

4. <u>Venue.</u>  Plaintiff brought this action in the Magistrate Court of Gwinnet County, Lawrenceville, Georgia.  Pursuant to 28 U.S.C. §§ 115(a)(1), 1441(a), and 1446(a), venue is proper in this Court.

Defendant BMW Financial Services NA, LLC respectfully requests that this Court assume jurisdiction over this case and issue such further orders as may be necessary and appropriate.

Submitted this 29th day of September 2020.

|  |  |
|---|---|
|  | /s/ Alexandra C. Nelson |
|  | Alexandra Nelson |
|  | Georgia Bar No. 241352 |
|  | Lauren E. Hogan |
| **THOMPSON HINE LLP** | Georgia Bar No. 673482 |
| Two Alliance Center, Suite 1600 |  |
| 3560 Lenox Road | *Counsel for Defendant BMW Financial* |
| Atlanta, Georgia 30326 | *Services NA, LLC* |
| Telephone:  (404) 541-2900 |  |
| Facsimile:  (404) 541-2905 |  |
| Alexandra.Nelson@ThompsonHine.com |  |
| Lauren.Hogan@ThompsonHine.com |  |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *Notice of Removal* with the Clerk of Court, and further certify that a true and correct copy of the same was served by U.S. First Class Mail upon the following:

LaDarrious D. Clark
1240 West Peachtree Street NW
Apt. 1013
Atlanta, GA 30309

This 29th day of September 2020.

> */s/ Alexandra C. Nelson*
> Alexandra C. Nelson